UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 215 CLAY STREET NW, AUBURN, WA 98001, TOGETHER WITH THEIR BUILDINGS, IMPROVEMENTS, APPURTENANCES, FIXTURES, ATTACHMENTS AND EASEMENTS,<br><br>    Defendant. | No. C08-1433RSL<br><br>JOINT STIPULATION CONSOLIDATING ACTIONS AND VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$41,343.57 in U.S. CURRENCY FROM KEY BANK ACCOUNT NO. XXXXXXXX8796; 2005 HONDA ACCORD VIN: 1HGCM55485A101249; 2004 FORD EXPLORER VIN: 1FMZU74K74UC38955,<br><br>    Defendant. | |

  The parties, through their undersigned attorneys, respectfully stipulate and agree to the following.

JOINT STIPULATION - 1

U.S. v. REAL PROPERTY LOCATED AT 215 CLAY STREET NW (08-CV-1433-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

On September 25, 2008, the United States filed this action, seeking to forfeit the defendant real property. The government's allegations are outlined in the affidavits of Robert Waddell and Summer Powell, copies of which are attached to the Complaint in this action. Multiple claimants subsequently filed claims to the real property in this action.

On December 30, 2008, the United States filed a separate action, seeking to forfeit two vehicles and funds contained in a particular bank account. *See* Case No. C08-1855RSM, Dkt. #1 [hereafter "the related action"]. The government's allegations regarding the vehicles and the bank account funds are outlined in the same affidavits of Robert Waddell and Summer Powell. Indeed, the facts and circumstances underlying this action and the related action are substantially similar. Moreover, the two actions involve the same legal bases for forfeiture.

On November 24, 2008, the Court issued an order regarding initial disclosures, a joint status report, and early settlement. *See* Dkt. #6 [hereafter "the initial Order"]. The parties have conferred, and respectfully request that the Court (1) consolidate the related action (No. C08-1855) with this action; (2) vacate the initial Order; and (3) issue a new initial order that encompasses both this action and the related action.

\\
\\
\\

JOINT STIPULATION - 2
U.S. v. REAL PROPERTY LOCATED AT 215 CLAY STREET NW (08-CV-1433-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 5th day of January, 2009. |
| 2 | JEFFREY C. SULLIVAN |
| 3 | United States Attorney |

/s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: thomas.woods2@usdoj.gov
Attorneys for Plaintiff United States

/s/ David H. Smith
DAVID H. SMITH
HUYEN-LAM Q NGUYEN-BULL
Garvey Schubert Barer
Second & Seneca Building
1191 Second Avenue
Seattle, Washington 98101-2939
Phone: 206-464-3939
Fax: 206-464-0125
Email: dsmith@gsblaw.com
Attorneys for Claimant Clay Street Properties LLC

/s/ Amanda E. Lee
AMANDA E. LEE
COLETTE TVEDT
Schroeter Goldmark & Bender
810 3rd Avenue, Suite 500
Seattle, Washington 98104
Phone: 206-622-8000
Fax: 206-682-2305
Email: Lee@sgb-Law.com
Attorneys for Claimants Keith Bernstein and Sandrine Halka

/s/ Marc Allen Bowman
MARC ALLEN BOMAN
Perkins Coie LLP
1201 3rd Avenue, Suite 4800
Ste 4800
Seattle, Washington 98101
Phone: 206-359-8509
Fax: 206-359-9509
Email: Mboman@perkinscoie.com
Attorneys for Claimant Wells Fargo

/s/ Allen R. Bentley
ALLEN R. BENTLEY
Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, Washington 98101-3207
Telephone: 206-343-9391
Fax: 206-682-3746
Email: abentley@concentric.net
Attorney for Christopher Ma

JOINT STIPULATION - 3
U.S. v. REAL PROPERTY LOCATED AT 215 CLAY STREET NW (08-CV-1433-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1 **ORDER**

2 The parties having so stipulated, the above is **SO ORDERED**. The Clerk is

3 directed to send copies of this Order to all counsel of record.

4 All pleadings hereafter filed in these causes shall bear the above caption and shall

5 be filed under No. C08-1433RSL. The Clerk of the Court is directed to file this Order in

6 Cause No. C08-1855RSM and then close that case. No additional documents shall be

7 filed in Cause No. C08-1855RSM.

9 DATED this 8't day of January, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

CERTIFICATE OF SERVICE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970